**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| PREMPRO PRODUCTS LIABILITY : | |
| LITIGATION : | |

## ORDER

Plaintiff's pending Motions to Dismiss are GRANTED in the cases listed below and the cases are DISMISSED with prejudice:

```
4:04-cv-00372-BRW  Demoville et al v. Wyeth Inc et al
4:04-cv-00386-BRW  Demme v. Wyeth Inc et al
4:04-cv-00387-BRW  Stack et al v. Wyeth Inc et al
4:04-cv-00520-BRW  Freeman et al v. Wyeth Inc et al
4:04-cv-01111-BRW  Helms, et al v. Wyeth, et al

4:04-cv-01164-BRW  Hasley et al v. Wyeth Inc et al
4:04-cv-01165-BRW  Van Houten et al v. Wyeth Inc et al
4:04-cv-02259-BRW  Frailey, et al v. Wyeth Inc, et al
4:05-cv-00439-BRW  McCadden v. Wyeth Inc, et al
4:05-cv-00581-BRW  Rigger, et al v. Wyeth Inc, et al

4:05-cv-00833-BRW  Franklin, et al v. Wyeth
4:05-cv-00881-BRW  Musgrove v. Wyeth Inc et al
4:05-cv-00882-BRW  Hamby v. Wyeth Inc et al
4:05-cv-00958-BRW  Mooney v. Wyeth Inc et al
4:05-cv-01113-BRW  Sage v. Wyeth Inc et al

4:05-cv-01114-BRW  Jones v. Wyeth Inc et al
4:05-cv-01116-BRW  Redd-Owens et al v. Wyeth Inc et al
4:05-cv-01353-BRW  Tsakeres et al v. Wyeth Inc et al
4:05-cv-01603-BRW  LeBlanc et al v. Wyeth Inc et al
4:06-cv-00293-BRW  Waddell v. Wyeth Inc et al

4:06-cv-00566-BRW  Hyman et al v. Wyeth Inc et al
4:06-cv-00632-BRW  Graves v. Wyeth Inc et al
4:06-cv-00812-BRW  Carper et al v. Wyeth Inc et al
4:07-cv-00288-BRW  Cheek v. Wyeth Inc et al
4:07-cv-00657-BRW  Cooper v. Wyeth Inc et al
```

```
4:07-cv-00661-BRW   Scheets et al v. Wyeth Inc et al
4:07-cv-00666-BRW   Schlaffman v. Wyeth Inc et al
4:08-cv-00300-BRW   Genduso et al v. Wyeth Inc et al
4:08-cv-00316-BRW   Gustafson et al v. Wyeth Inc et al
4:08-cv-00351-BRW   Constien et al v. Wyeth Inc et al

4:08-cv-00451-BRW   Kaufmann et al v. Wyeth Inc et al
4:08-cv-00475-BRW   Murdock v. Wyeth Inc et al
4:08-cv-00490-BRW   Stainbrook v. Wyeth Inc et al
4:08-cv-00660-BRW   Duval et al v. Wyeth Inc et al
4:08-cv-00777-BRW   Corona et al v. Wyeth Inc et al

4:08-cv-00780-BRW   Raab et al v. Wyeth Inc et al
4:08-cv-00812-BRW   England et al v. Wyeth Inc et al
4:08-cv-00814-BRW   Gorce et al v. Wyeth Inc et al
4:08-cv-00815-BRW   Baxter v. Wyeth Inc et al
4:08-cv-00818-BRW   Cooley et al v. Wyeth Inc et al

4:08-cv-00820-BRW   Mangold et al v. Wyeth Inc et al
4:08-cv-00823-BRW   Wade et al v. Wyeth Inc et al
4:08-cv-00972-BRW   Lachs et al v. Wyeth Inc et al
4:08-cv-01142-BRW   Rose et al v. Wyeth Inc et al
4:08-cv-01145-BRW   Shimanek et al v. Wyeth Inc et al

4:08-cv-01148-BRW   Long et al v. Wyeth Inc et al
4:08-cv-01178-BRW   Todd v. Wyeth Inc et al
4:08-cv-01197-BRW   Corning et al v. Pharmacia & Upjohn Company LLC et al
4:08-cv-01198-BRW   Simmons v. Pharmacia & Upjohn Company LLC et al
4:08-cv-01200-BRW   Strode v. Pharmacia & Upjohn Company LLC et al

4:08-cv-01213-BRW   Hawkins et al v. Wyeth Inc et al
4:08-cv-01221-BRW   Tinkham et al v. Wyeth Inc et al
4:08-cv-01244-BRW   McGuire et al v. Wyeth Inc et al
4:08-cv-01252-BRW   Doan et al v. Wyeth Inc et al
4:08-cv-01255-BRW   McCue v. Wyeth Inc et al

4:08-cv-01258-BRW   Filippi v. Wyeth Inc et al
4:08-cv-01260-BRW   Cannon v. Wyeth Inc et al
4:08-cv-01261-BRW   Cresci et al v. Wyeth Pharmaceuticals Inc
4:08-cv-01262-BRW   Grande v. Wyeth Inc et al
4:08-cv-01263-BRW   Mierau v. Wyeth Inc et al

4:08-cv-01265-BRW   Pascaran et al v. Wyeth Inc et al
4:08-cv-01337-BRW   Caja et al v. Wyeth Inc et al
4:08-cv-01338-BRW   Chick et al v. Wyeth Inc et al
4:08-cv-01340-BRW   Basile-Getz et al v. Wyeth Inc et al
4:08-cv-01344-BRW   Gladstone et al v. Wyeth Inc et al
```

```
4:08-cv-01356-BRW   Hung v. Wyeth Inc et al
4:08-cv-01358-BRW   Johnson et al v. Wyeth Inc et al
4:08-cv-01359-BRW   Juliussen et al v. Wyeth Inc et al
4:08-cv-01434-BRW   Mayz et al v. Wyeth Inc et al
4:08-cv-01437-BRW   Llacera v. Wyeth Inc et al

4:08-cv-01438-BRW   Hamilton et al v. Wyeth Inc et al
4:08-cv-01459-BRW   Martinez et al v. Wyeth Inc et al
4:08-cv-01456-BRW   Katsuleris et al v. Wyeth Inc et al
4:08-cv-01459-BRW   Martinez et al v. Wyeth Inc et al
4:08-cv-01460-BRW   Krause v. Wyeth Inc et al

4:08-cv-01461-BRW   Bambauer v. Wyeth Inc et al
4:08-cv-01463-BRW   Poindexter v. Wyeth Inc et al
4:08-cv-01486-BRW   Stankard et al v. Wyeth Inc et al
4:08-cv-01496-BRW   Dillon v. Wyeth Inc et al
4:08-cv-01504-BRW   Fields v. Wyeth Inc et al

4:08-cv-01505-BRW   Spector et al v. Wyeth Inc et al
4:08-cv-01508-BRW   Lee et al v. Wyeth Inc et al
4:08-cv-01569-BRW   Sciacca et al v. Wyeth Inc et al
4:08-cv-01570-BRW   Olson et al v. Wyeth Inc et al
4:08-cv-01572-BRW   Atkins et al v. Wyeth Inc et al

4:08-cv-01573-BRW   Shapiro et al v. Wyeth Inc et al
4:08-cv-01577-BRW   Glynn v. Wyeth Inc et al
4:08-cv-01579-BRW   Melnick et al v. Wyeth Inc et al
4:08-cv-01593-BRW   Hildreth et al v. Wyeth Inc et al
4:08-cv-01611-BRW   Harke et al v. Wyeth Inc et al

4:08-cv-01618-BRW   Younger v. Wyeth Inc et al
4:08-cv-01624-BRW   Kaidanow et al v. Wyeth Inc et al
4:08-cv-01625-BRW   Jackson v. Wyeth Inc et al
4:08-cv-01641-BRW   Vahldick v. Wyeth Inc et al
4:08-cv-01643-BRW   Filbert v. Wyeth Inc et al

4:08-cv-01646-BRW   Dunn et al v. Wyeth Inc et al
4:08-cv-01647-BRW   Price v. Wyeth Inc et al
4:08-cv-01672-BRW   Landreth et al v. Wyeth Inc et al
4:08-cv-01678-BRW   Chubb et al v. Wyeth Inc et al
4:08-cv-01716-BRW   Tremblay et al v. Wyeth Inc et al

4:08-cv-01717-BRW   Peterson v. Wyeth Inc et al
4:08-cv-01718-BRW   Brooks et al v. Wyeth Inc et al
4:08-cv-01721-BRW   Billeter v. Wyeth Inc et al
4:08-cv-01725-BRW   Fortune v. Wyeth Inc et al
4:08-cv-01730-BRW   Geiger v. Wyeth Inc et al
```

```
```
```
```

---

4:08-cv-01736-BRW  Kerschman et al v. Wyeth Inc et al
4:08-cv-01737-BRW  Kilerlane v. Wyeth Inc et al
4:08-cv-01739-BRW  Kreitzburg et al v. Wyeth Inc et al
4:08-cv-01740-BRW  Rube v. Wyeth Inc et al
4:08-cv-01744-BRW  Todzia et al v. Wyeth Inc et al

4:08-cv-01746-BRW  Booker v. Wyeth Inc et al
4:08-cv-01748-BRW  Thompson et al v. Wyeth Inc et al
4:08-cv-01750-BRW  Ray v. Wyeth Inc et al
4:08-cv-01753-BRW  Hicks Lee v. Wyeth Inc et al
4:08-cv-03594-BRW  Scarbrough v. Wyeth Inc et al

4:09-cv-00391-BRW  Lybrand v. Wyeth Inc et al

IT IS SO ORDERED this 8th day of February, 2012.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

4:08-cv-01736-BRW  Kerschman et al v. Wyeth Inc et al
4:08-cv-01737-BRW  Kilerlane v. Wyeth Inc et al
4:08-cv-01739-BRW  Kreitzburg et al v. Wyeth Inc et al
4:08-cv-01740-BRW  Rube v. Wyeth Inc et al
4:08-cv-01744-BRW  Todzia et al v. Wyeth Inc et al

4:08-cv-01746-BRW  Booker v. Wyeth Inc et al
4:08-cv-01748-BRW  Thompson et al v. Wyeth Inc et al
4:08-cv-01750-BRW  Ray v. Wyeth Inc et al
4:08-cv-01753-BRW  Hicks Lee v. Wyeth Inc et al
4:08-cv-03594-BRW  Scarbrough v. Wyeth Inc et al

4:09-cv-00391-BRW  Lybrand v. Wyeth Inc et al

IT IS SO ORDERED this 8th day of February, 2012.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE